■ EUNICE M. CARACAUS, Respondent, v CONIFER CENTRAL SQUARE ASSOCIATES, Appellant. (Appeal No. 2.) [65 NYS3d 899]— Appeal from an order of the Oswego County Court (Donald E. Todd, J.), entered January 10, 2017. The order denied the motion of defendant to transfer the action to Central Square Village Court.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same Opinion by NeMoyer, J., as in *Caracaus v Conifer Cent. Sq. Assoc.* ([appeal No. 1] — AD3d —, 2017 NY Slip Op 08946 [Dec. 22, 2017]). Present—Centra, J.P., Peradotto, NeMoyer, Troutman and Winslow, JJ.